PS 8 Revised 07
MD/TN Revised 06/13

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. Ronnie Shubin          Docket No. 0650 3:14CR00071 - 7

### Petition for Action on Conditions of Pretrial Release

COMES NOW Maria K Johnson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Ronnie Shubin who was placed under pretrial release supervision by the Honorable Juliet E. Griffin, U.S. Magistrate Judge sitting in the Court at **Nashville, Tennessee**, on May 01, 2014, under the following conditions: Please reference the attached Order Setting Conditions of Release.

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page two of this document.

I declare under penalty of perjury that the foregoing is true and correct.

Maria K Johnson     Nashville, TN     May 8, 2014
U.S. Pretrial Services Officer   Place:   Date:

**Next Scheduled Court Event**   Not Scheduled
                                 Event          Date

### PETITIONING THE COURT

☒ No Action                   ☐ To issue an order setting a hearing on the petition
☐ To Issue a Warrant          ☐ Other

THE COURT ORDERS:
☒ No Action                              ☐ A Hearing on the Petition is set for
☐ The Issuance of a Warrant.
  ☐ Sealed Pending Warrant Execution
    (cc: U.S. Probation and U.S. Marshals only)     Date          Time
☐ Other

Considered and ordered this 12th day of May, 2014, and ordered filed and made a part of the records in the above case.

Honorable Juliet Griffin
U.S. Magistrate Judge

Honorable Juliet E. Griffin
U.S. Magistrate Judge
RE: Petition for Action On
Ronnie Shubin
3:13-00071
May 8, 2014

On May 1, 2014, the defendant was released by Your Honor on his Personal Recognizance and pretrial services supervision with conditions. He has since been supervised by the United States Probation and Pretrial Services Office in the Middle District of Tennessee.

**Special Conditions of Pretrial Release:**

Please reference the attached Order Setting Conditions of Release.

**Violation(s):**

The probation officer believes that the defendant has violated the following condition of release:

**Special Condition (5): Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.** On May 2, 2014, the defendant submitted a urine screen which tested positive for marijuana, methamphetamine, opiates, and oxycodone.

**Probation Officer's Actions:**
On the date of the urinalysis testing, the defendant admitted to using the substances prior to his arrest. As a result of the positive screen, the defendant was placed in the Code-A-Phone drug testing program within the U.S. Probation Office. Additionally, the defendant was referred to Centerstone-Madison for a substance abuse assessment.

**Respectfully Petitioning the Court as Follows:**
This was the defendant's first urine screen since his release on bond. It is respectfully recommended that no action be taken by the Court at this time. Should the defendant continue to use illegal drugs, Pretrial Services will request a hearing before the Court, where the defendant can answer why his bond should not be revoked. Assistant U.S. Attorney William Abely has been notified of the alleged violation and concurs with the recommendation.

Approved by: _(signature)_

---
Vidette Putman
Supervisory U.S. Probation Officer

xc: William Abely, Assistant U.S. Attorney
G. Kerry Haymaker, CJA Panel Attorney

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. RONNIE SHUBIN         CASE NO.: 3:13-00071

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RELEASE ORDER AND CONDITIONS OF RELEASE

☒  Defendant is released on his/~~her~~ own recognizance, no appearance bond shall be posted, and the following statutorily required standard conditions of release are hereby imposed:

☐  Defendant shall be released on a non-surety bond in the amount of _____, no security or monies shall be required for defendant to be released, and the following conditions of release are hereby imposed:

☐  Defendant shall be released on a non-surety bond in the amount of _____, cash in the amount of _____ shall be posted to the Clerk of Court, or such other security as listed below, and the following conditions of released are hereby imposed:

☐  Defendant shall be released on a surety bond as described below:

☐  Defendant shall remain on the conditions of supervised release that have been previously imposed by the District Judge. In addition, defendant shall abide by the following conditions:

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**WHILE ON RELEASE, I FULLY UNDERSTAND:**

1) I may not change my address or move without permission of the Court. My correct address has been provided to Pretrial Services.

2) I must be in Court each and every time I am instructed to be there, and surrender to serve any sentence imposed.

3) I cannot intimidate or harass any witness, victim, informant, juror or officer of the Court; I cannot obstruct any criminal investigation.

4) I must not violate any local, state or federal law. If I do, I could be punished by as much as from 90 days to 10 years imprisonment in addition to the penalty provided for the offense committed.

Page 1 of 5



IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. RONNIE SHUBIN                    CASE NO.: 3:13-00071

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

5) If I violate any condition of release, a warrant for my arrest could be issued, ~~any bond I signed may be forfeited~~, and new bonds with additional conditions, or my detention until trial, could be ordered by the Court, and I could be held in contempt of Court.

6) If I fail to appear at any proceeding in this case or I fail to surrender to serve any sentence imposed, I could be charged and convicted of bail jumping which is punishable by, in some cases, as much as 10 years imprisonment and/or a fine, in addition to any other punishments imposed in the original case.

7) This special condition or conditions:

   1. Defendant shall report to Pretrial Services as directed

   2. Defendant shall maintain or actively seek employment

   3. Defendant's travel is restricted to the Middle District of Tennessee, unless he obtains prior approval from Pretrial Services

   4. Defendant shall not possess any firearm, ammunition, or other destructive device

   5. Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner

   6. Defendant shall submit to any method of testing required by the Pretrial Services

Office for determining whether the defendant is using a prohibited substance, such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, and/or any form of prohibited substance screening or testing

7. Defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed appropriate by the Pretrial Services Officer, any inpatient treatment may be followed by up to 90 days in a halfway house

8. Defendant shall refrain from obstructing or attempting to obstruct of tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release

9. Defendant shall report as soon as possible, within 48 hours, to the supervising officer, any contact with any law enforcement personnel, including, but not limited to any arrest, questioning, or traffic stop

10. Defendant shall allow a Probation/Pretrial Services Officer to visit at any time at home or elsewhere and permit confiscation of any contraband observed in plain view

11. Defendant shall not obtain any passport or other international travel document

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. RONNIE SHUBIN          CASE NO.: 3:13-00071

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

12. Defendant shall comply with any Orders of Protection imposed in any state or local court

13. Defendant shall have no contact, ~~directly or indirectly~~ with the ~~with any potential victims or witnesses, including~~ co-defendants, ~~on pending charges~~

14.

I acknowledge I have read this Order. I understand that I will receive a copy of it and any Appearance Bond that the Court has ordered at the conclusion of this hearing.

Date: May 1, 2014           X Ronnie Shubin
                              Defendant

It is ORDERED that the conditions listed above are imposed. 18 U.S.C. § 3142.

Ronnie Shubin
5/5/14                      _____
                            UNITED STATES MAGISTRATE JUDGE

Page 4 of 5

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. RONNIE SHUBIN                CASE NO.: 3:13-00071

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

The **Middle District of Tennessee** consists of the following counties: Cannon, Cheatham, Clay, Cumberland, Davidson, DeKalb, Dickson, Fentress, Giles, Hickman, Houston, Humphreys, Jackson, Lawrence, Lewis, Macon, Marshall, Maury, Montgomery, Overton, Pickett, Putnam, Robertson, Rutherford, Smith, Stewart, Sumner, Trousdale, Wayne, White, Williamson and Wilson.

The following are pertinent Middle District of Tennessee numbers (Area Code 615):
        U.S. Magistrate Judge Juliet Griffin        - 736-5164
        U.S. Magistrate Judge Joe B. Brown        - 736-7052
        U.S. Magistrate Judge E. Clifton Knowles        - 736-7347
        U.S. Magistrate Judge John S. Bryant        - 736-5878
        Clerk of Court        - 736-5498
        U.S. Marshal        - 736-5417
        U.S. Attorney        - 736-5151
        U.S. Probation        - 736-5771
        Federal Public Defender        - 736-5047

The United States District Court in **Nashville** is located in the United States Courthouse, 801 Broadway, at the corner of Eighth and Broad. The Court in **Cookeville** is located at 9 East Broad Street. The Court in **Columbia** is located at 816 South Garden Street.